# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NUMBER: CR **13-20631**
        Plaintiff )
)
-vs- ) REPORT COMMENCING CRIMINAL
) ACTION
**Miguel Cruz** )
        Defendant ) **01850-104**

*************************************************************************

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*************************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: **9-4-13    6:05 (a.m.)/p.m.**

(2) LANGUAGE(S) SPOKEN: **English / Spanish**

(3) OFFENSE(S) CHARGED: **Conspiracy to possess w/ Intent to Distribute**

(4) UNITED STATES CITIZEN: (X) YES ( ) NO ( ) UNKNOWN

(5) DATE OF BIRTH: **9-23-63**

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT  [ ] COMPLAINT  CASE # **13-20631**
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ] YES [ ] NO

AMOUNT OF BOND: $ _____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: **9-4-13**  (9) ARRESTING OFFICER **Pagan**

(10) AGENCY **DEA**  (11) PHONE # **305 224-9850**

(12) COMMENTS _____