FILED by _____ TB _____ D.C.
ELECTRONIC

Oct   18 ,2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>13-20631-CR-UNGARO(s)</u>
21 U.S.C.  § 846
21 U.S.C.  § 841(a)(1)
18 U.S.C.  § 922(g)(1)
18 U.S.C.  § 924(c)(1)(A)
21 U.S.C.  § 853
18 U.S.C.  § 924(d)(1)


**UNITED STATES OF AMERICA**

**vs.**

**JOSE ALBERTO ONTIVERO MONTE DE OCA,**
       a/k/a "Jose Alberto Ontivero,"
       a/k/a "Pariente,"
       a/k/a "El Viejo,"
       a/k/a "Papito,"
**PEDRO FARACH,**
**JAIME MALDONADO RAMOS,**
       a/k/a "Jaime M. Ramos,"
       a/k/a "Oggie,"
**RAYKO ENRIQUE RUBI,**
**MITCHAEL CABANAS,**
**RAMON MARTINEZ II,**
       a/k/a "Ramoncito,"
**JOSE ALFREDO VILLARREAL,**
       a/k/a "Alfredito,"
**ROBERTO PEREZ,**
       a/k/a "Rodo,"
**JUAN ENRIQUE MARTINEZ,**
**ALBERTO ARREGOITIA LORENZO,**
       a/k/a "Lorenzo Arregoitia,"
**MIGUEL ANGEL DESDIN,**
       a/k/a "Miguel Desdin,"
       a/k/a "Miguelon,"
**VLADIMIR MIR-MEDINA,**
       a/k/a "Vladimir Mir,"
       a/k/a "Vladimir Medina,"
**MIGUEL CRUZ,**
**MANUEL BAUTISTA ALVAREZ,**
       a/k/a "Manuel Bautista,"
**HERNAN RODRIGUEZ ALFARO,**

a/k/a "Iran," and
**RAFAEL LUIS RAMOS LOPEZ,**
a/k/a "Lou,"

                    **Defendants.**
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
**(Conspiracy to Possess with Intent to Distribute Cocaine)**
**21 U.S.C. § 846**

From in and around September 2011, the exact date being unknown to the Grand Jury, continuing through on or about September 4, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE ALBERTO ONTIVERO MONTE DE OCA,**
a/k/a "Jose Alberto Ontivero,"
a/k/a "Pariente,"
a/k/a "El Viejo,"
a/k/a "Papito,"
**PEDRO FARACH,**
**JAIME MALDONADO RAMOS,**
a/k/a "Jaime M. Ramos,"
a/k/a "Oggie,"
**RAYKO ENRIQUE RUBI,**
**MITCHAEL CABANAS,**
**RAMON MARTINEZ II,**
a/k/a "Ramoncito,"
**JOSE ALFREDO VILLARREAL,**
a/k/a "Alfredito,"
**ROBERTO PEREZ,**
a/k/a "Rodo,"
**JUAN ENRIQUE MARTINEZ,**
**ALBERTO ARREGOITIA LORENZO,**
a/k/a "Lorenzo Arregoitia,"
**MIGUEL ANGEL DESDIN,**
a/k/a "Miguel Desdin,"
a/k/a "Miguelon,"
**VLADIMIR MIR-MEDINA,**
a/k/a "Vladimir Mir,"
a/k/a "Vladimir Medina,"

2

**MIGUEL CRUZ,**
**MANUEL BAUTISTA ALVAREZ,**
**a/k/a "Manuel Bautista,"**
**HERNAN RODRIGUEZ ALFARO,**
**a/k/a "Iran," and**
**RAFAEL LUIS RAMOS LOPEZ,**
**a/k/a "Lou,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United Stated Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2
### (Distribution of Cocaine)
### 21 U.S.C. § 841(a)(1)

On or about February 23, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JAIME MALDONADO RAMOS,**
**a/k/a "Jaime M. Ramos,"**
**a/k/a "Oggie,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 3
### (Distribution of Cocaine)
### 21 U.S.C. § 841(a)(1)

On or about March 28, 2012, in Miami-Dade County, in the Southern District of Florida,

the defendant,

### JAIME MALDONADO RAMOS,
#### a/k/a "Jaime M. Ramos,"
#### a/k/a "Oggie,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that

this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 4
### (Possession with Intent to Distribute Cocaine)
### 21 U.S.C. § 841(a)(1)

On or about July 17, 2012, in Miami-Dade County, in the Southern District of Florida,

the defendants,

### HERNAN RODRIGUEZ ALFARO,
#### a/k/a "Iran,"
#### and
### JAIME MALDONADO RAMOS,
#### a/k/a "Jaime M. Ramos,"
#### a/k/a "Oggie,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code,

Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that

this violation involved a mixture and substance containing a detectable amount of cocaine.

4

## COUNT 5
### (Possession with Intent to Distribute Cocaine)
### 21 U.S.C. § 841(a)(1)

On or about August 29, 2012, in Miami-Dade County, in the Southern District of Florida, the defendants,

### JAIME MALDONADO RAMOS,
#### a/k/a "Jaime M. Ramos,"
#### a/k/a "Oggie,"
#### and
### PEDRO FARACH,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 6
### (Possession of a Firearm by a Convicted Felon)
### 18 U.S.C. § 922(g)(1)

On or about August 30, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

### JAIME MALDONADO RAMOS,
#### a/k/a "Jaime M. Ramos,"
#### a/k/a "Oggie,"

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition is:

        (a)      One (1) Glock, Model 19, 9 x 19 caliber semiautomatic pistol;

    (b)     One (1) Beretta, Model 950 BS, .22 short caliber semiautomatic pistol;

    (c)     One (1) Rossi, Model R46102, .357 Magnum caliber revolver;

    (d)     Twelve (12) rounds of FC 9 mm Luger caliber ammunition;

    (e)     Twelve (12) rounds of WIN 9 mm Luger caliber ammunition;

    (f)     Seventy-one (71) rounds of .22 short caliber ammunition;

    (g)     Two (2) rounds of R-P .357 Magnum caliber ammunition;

    (h)     Four (4) rounds of W-W Super .357 Magnum caliber ammunition;

    (i)     Six (6) rounds of .38 Special caliber ammunition; and

    (j)     Two (2) rounds of 9 x 19 caliber ammunition.

### COUNT 7
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**
**18 U.S.C. § 924(c)(1)(A)**

On or about August 30, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JAIME MALDONADO RAMOS,**
**a/k/a "Jaime M. Ramos,"**
**a/k/a "Oggie,"**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

6

## COUNT 8
### (Possession with Intent to Distribute Cocaine)
### 21 U.S.C. § 841(a)(1)

On or about October 5, 2012, in Miami-Dade County, in the Southern District of Florida, the defendants,

**JOSE ALBERTO ONTIVERO MONTE DE OCA,**
**a/k/a "Jose Alberto Ontivero,"**
**a/k/a "Pariente,"**
**a/k/a "El Viejo,"**
**a/k/a "Papito,"**
**and**
**ROBERTO PEREZ,**
**a/k/a "Rodo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## CRIMINAL FORFEITURE ALLEGATIONS

1.     The allegations of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants,

**JOSE ALBERTO ONTIVERO MONTE DE OCA,**
**a/k/a "Jose Alberto Ontivero,"**
**a/k/a "Pariente,"**
**a/k/a "El Viejo,"**
**a/k/a "Papito,"**
**PEDRO FARACH,**
**JAIME MALDONADO RAMOS,**
**a/k/a "Jaime M. Ramos,"**
**a/k/a "Oggie,"**

7

RAYKO ENRIQUE RUBI,
MITCHAEL CABANAS,
RAMON MARTINEZ II,
a/k/a "Ramoncito,"
JOSE ALFREDO VILLARREAL,
a/k/a "Alfredito,"
ROBERTO PEREZ,
a/k/a "Rodo,"
JUAN ENRIQUE MARTINEZ,
ALBERTO ARREGOITIA LORENZO,
a/k/a "Lorenzo Arregoitia,"
MIGUEL ANGEL DESDIN,
a/k/a "Miguel Desdin,"
a/k/a "Miguelon,"
VLADIMIR MIR-MEDINA,
a/k/a "Vladimir Mir,"
a/k/a "Vladimir Medina,"
MIGUEL CRUZ,
MANUEL BAUTISTA ALVAREZ,
a/k/a "Manuel Bautista,"
HERNAN RODRIGUEZ ALFARO,
a/k/a "Iran," and
RAFAEL LUIS RAMOS LOPEZ,
a/k/a "Lou,"

have an interest.

2.    Upon conviction of a violation of Title 21, United States Code, Section 846 and/or Title 21, United States Code, Section 841, as alleged in this Superseding Indictment, the defendant so convicted shall forfeit to the United States of America all of his right, title and interest in any property constituting, or derived from, any proceeds that the defendant obtained, directly or indirectly, as a result of such violation, and in any property used or intended to be used by the defendant, in any manner or part, to commit or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853(a)(1)-(2).

3.    Upon conviction of a violation of Title 18, United States Code, Section 922(g) and/or Title 18, United States Code, Section 924(c), as alleged in this Superseding Indictment, or upon conviction of any other violation alleged in this Superseding Indictment, defendant **JAIME**

8

**MALDONADO RAMOS, a/k/a "Jaime M. Ramos," a/k/a "Oggie,"** shall forfeit to the United States of America all of his right, title and interest in any firearm and/or ammunition involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

4. The property which is subject to forfeiture includes, but is not limited to, the following:

(a) The real property known and numbered as 889 E. 27th Street, Hialeah, Miami-Dade County, Florida, together with all improvements, appurtenances, and attachments thereon;

(b) All funds in Bank of America bank account number XXXXXXXX0002 in the name of **PEDRO FARACH**;

(c) One (1) 2004 Lexus Sport Utility Vehicle, Vehicle Identification Number ("V.I.N.") (JTJGA31U540001761);

(d) One (1) 2002 Porsche, (V.I.N. WP0CB29802U663771);

(e) One (1) 1999 Acura, (V.I.N. 19UUA5659XA028836);

(f) One (1) 2006 Ford Explorer, (V.I.N. 1FMEU63E06UB36498);

(g) One (1) 2003 Nissan 350-Z (V.I.N. JN1AZ34D23T106092);

(h) One (1) 2006 Acura TSX (V.I.N. JH4CL96856C016786);

(i) One (1) 2004 Ford F-150 (V.I.N. 1FTRF12W04NA26023);

(j) Approximately $61,000.00 in United States currency seized on or about October 17, 2012;

(k) Approximately $36,490.00 in United States currency seized on or about October 25, 2012;

9

(l)     Approximately $20,710.00 in United States currency seized on or about September 4, 2013;

(m)    Approximately $21,847.00 in United States currency seized on or about September 4, 2013;

(n)     Approximately $10,000.00 in United States currency seized on or about September 4, 2013;

(o)     Approximately $3,155.00 in United States currency seized on or about September 4, 2013;

(p)     One (1) Glock, Model 19, 9 x 19 caliber semiautomatic pistol;

(q)     One (1) Beretta, Model 950 BS, .22 short caliber semiautomatic pistol;

(r)     One (1) Rossi, Model R46102, .357 Magnum caliber revolver;

(s)     Twelve (12) rounds of FC 9 mm Luger caliber ammunition;

(t)     Twelve (12) rounds of WIN 9 mm Luger caliber ammunition;

(u)     Seventy-one (71) rounds of .22 short caliber ammunition;

(v)     Two (2) rounds of R-P .357 Magnum caliber ammunition;

(w)    Four (4) rounds of W-W Super .357 Magnum caliber ammunition;

(x)     Six (6) rounds of .38 Special caliber ammunition;

(y)     Two (2) rounds of 9 x 19 caliber ammunition; and

(z)     A forfeiture money judgment to be imposed at sentencing against the defendants so convicted, jointly and severally, that is equal in value to the property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of any violation of Title 21, United States Code, Section 846 and/or Title 21, United States Code, Section 841, as alleged in

10

this Superseding Indictment, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

All pursuant to Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Sections 853(a)(1)-(2).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ELISA CASTROLUGO
ASSISTANT UNITED STATES ATTORNEY

11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO.   13-20631-CR-UNGARO(s) |
|---|---|

vs.

### CERTIFICATE OF TRIAL ATTORNEY*

**JOSE ALBERTO ONTIVERO MONTE DE OCA, et al.,**

<table>
<tr><td align="center">Defendants.</td><td>Superseding Case Information:</td></tr>
</table>

_____ /

**Court Division:** (Select One)

Miami   X      Key West _____
FTL _____      WPB _____      FTP _____

New Defendant(s)                    Yes    X      No _____
Number of New Defendants                         3
Total number of counts                           8

I do hereby certify that:

1.   I have carefully considered the allegations of the Superseding indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:      (Yes or No)      Yes
     List language and/or dialect _____Spanish_____

4.   This case will take      14-20      days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                         (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0   to   5 days | _____ | | Petty | _____ |
| II | 6   to 10 days | _____ | | Minor | |
| III | 11 to 20 days | X | | Misdem. | |
| IV | 21 to 60 days | _____ | | Felony | X |
| V | 61 days and over | _____ | | | |

6.   Has this case been previously filed in this District Court?   (Yes or No)   No   _____
     If yes:
     Judge:                                           Case No. _____
     (Attach copy of dispositive order)
     Has a complaint been filed in this matter?   (Yes or No)      No   _____
     If yes:
     Magistrate Case No. _____
     Related Miscellaneous numbers: _____
     Defendant(s) in federal custody as of   September 4, 2013
     Defendant(s) in state custody as of _____
     Rule 20 from the  District of _____

     Is this a potential death penalty case? (Yes or No)      No      X

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?      Yes      X   No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?      Yes      X   No

ELISA CASTROLUGO
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501554

REV 4/8/08

*Penalty   Sheet(s)   attached

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: JOSE ALBERTO ONTIVERO MONTE DE OCA, a/k/a "Jose Alberto Ontivero," a/k/a "Pariente," a/k/a "El Viejo," a/k/a "Papito"**

**Case No**: 13-20631-CR-UNGARO(s)

Count  #: 1

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty**: Life Imprisonment

Count  #: 8

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\* Max. Penalty**: 40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>**PEDRO FARACH**</u>

**Case No**: <u>13-20631-CR-UNGARO(s)</u>

Count  #: 1

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty**: Life Imprisonment

Count  #: 5

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\* Max. Penalty**: 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>JAIME MALDONADO RAMOS, a/k/a " Jaime M. Ramos," a/k/a "Oggie"</u>

**Case No:** <u>13-20631-CR-UNGARO(s)</u>

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty:** Life Imprisonment

Counts #: 2 and 3

Distribution of Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 20 Years' Imprisonment

Counts #: 4 and 5

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 6

Possession of a Firearm by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** 10 Years' Imprisonment

**Page 1 of 2**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JAIME MALDONADO RAMOS, a/k/a " Jaime M. Ramos," a/k/a "Oggie"

**Case No:** 13-20631-CR-UNGARO(s)

Count #: 7

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Title 18, United States Code, Section 924(c)(1)(A)

**\* Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

**Page 2 of 2**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** RAYKO ENRIQUE RUBI

**Case No:** 13-20631-CR-UNGARO(s)

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty:** Life Imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name:** **MITCHAEL CABANAS**

**Case No:** 13-20631-CR-UNGARO(s)

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty:**   Life Imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>RAMON MARTINEZ II, a/k/a "Ramoncito"</u>

**Case No:** <u>13-20631-CR-UNGARO(s)</u>

Count #: 1

<u>Conspiracy to Possess with Intent to Distribute Cocaine</u>

<u>Title 21, United States Code, Section 846</u>

**\* Max. Penalty:**   Life Imprisonment

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **JOSE ALFREDO VILLARREAL, a/k/a "Alfredito"**

**Case No**: 13-20631-CR-UNGARO(s)

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty**:   Life Imprisonment

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** <u>ROBERTO PEREZ, a/k/a "Rodo"</u>

**Case No:** 13-20631-CR-UNGARO(s)

Count  #: 1

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty:** Life Imprisonment

Count  #: 8

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\* Max. Penalty:** 40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JUAN ENRIQUE MARTINEZ

**Case No:** 13-20631-CR-UNGARO(s)

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty:**   Life Imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>ALBERTO ARREGOITIA LORENZO, a/k/a "Lorenzo Arregoitia"</u>

**Case No**: <u>13-20631-CR-UNGARO(s)</u>

Count #: 1

<u>Conspiracy to Possess with Intent to Distribute Cocaine</u>

<u>Title 21, United States Code, Section 846</u>

**\* Max. Penalty**:   Life Imprisonment

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>MIGUEL ANGEL DESDIN, a/k/a "Miguel Desdin," a/k/a "Miguelon"</u>

**Case No**: <u>13-20631-CR-UNGARO(s)</u>

Count #: 1

<u>Conspiracy to Possess with Intent to Distribute Cocaine</u>

<u>Title 21, United States Code, Section 846</u>

**\* Max. Penalty**:   Life Imprisonment

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>VLADIMIR MIR-MEDINA, a/k/a "Vladimir Mir," a/k/a "Vladimir Medina"</u>

**Case No**: <u>13-20631-CR-UNGARO(s)</u>

Count #: 1

<u>Conspiracy to Possess with Intent to Distribute Cocaine</u>

<u>Title 21, United States Code, Section 846</u>

**\* Max. Penalty**:   Life Imprisonment

Count #:

_____

_____

**\*Max. Penalty:**

Count #:

_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **MIGUEL CRUZ**

**Case No**: 13-20631-CR-UNGARO(s)

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty**:   Life Imprisonment

Count #:


**\*Max. Penalty:**

Count #:


**\*Max. Penalty:**


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **MANUEL BAUTISTA ALVAREZ, a/k/a "Manuel Bautista"**

**Case No**: 13-20631-CR-UNGARO(s)

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty**:   Life Imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **HERNAN RODRIGUEZ ALFARO, a/k/a "Iran"**

**Case No**: 13-20631-CR-UNGARO(s)

Count #: 1

Conspiracy to Possess with the Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty**:   Life Imprisonment

Count #: 4

Possession with the Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty**:   20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: RAFAEL LUIS RAMOS LOPEZ, a/k/a "Lou"**

**Case No**: 13-20631-CR-UNGARO(s)

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\* Max. Penalty**:   Life Imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**